*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 17, 2015          520870
_____

In the Matter of RONALD
    BURGESS,
                    Petitioner,

        v

ALBERT PRACK, as Director of          MEMORANDUM AND JUDGMENT
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:  October 27, 2015

Before:  McCarthy, J.P., Garry, Devine and Clark, JJ.

                    _____

        Ronald Burgess, Stormville, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating a
prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding
challenging a tier III disciplinary determination that found him
guilty of drug use.  The Attorney General has advised this Court
that the determination at issue has been administratively
reversed, all references thereto have been expunged from
petitioner's institutional record and the mandatory $5 surcharge
has been refunded to petitioner's inmate account.  As petitioner
has received all the relief to which he is entitled, the matter

must be dismissed as moot (see Matter of Shields v Prack, 131 AD3d 774, 775 [2015]).

McCarthy, J.P., Garry, Devine and Clark, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court